UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALVADOR VARGAS,

    Plaintiff,

v.

DELIVERY OUTSOURCING, LLC, et al.,

    Defendants.

Case No. 15-cv-03408-JST

**SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline to add parties or amend the pleadings | December 4, 2015 |
| Fact discovery cut-off | July 15, 2016 |
| Expert disclosures | June 24, 2016 |
| Expert rebuttal | July 15, 2016 |
| Expert discovery cut-off | July 29, 2016 |
| Deadline to file dispositive motions | August 19, 2016 |
| Pretrial conference statement due | December 6, 2016 |
| Pretrial conference | December 16, 2016 at 2:00 p.m. |
| Trial | January 9, 2017 at 8:30 a.m. |

| Event | Deadline |
|---|---|
| Estimate of trial length (in days) | Eight |

The parties' request for bifurcation of liability and damages, ECF No. 16 at 7, is denied without prejudice. The parties, or either of them, may renew the motion when the Court has sufficient evidence and experience with the case to determine whether a bifurcated proceeding would be more convenient, expeditious, or economical, or would avoid prejudice to any party. Fed. R. Civ. P. 42. It is premature to answer these questions now.

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

IT IS SO ORDERED.

Dated: November 4, 2015

_____
JON S. TIGAR
United States District Judge