1 Arlo Garcia Uriarte, Esq., SBN 231764
Un Kei Wu, Esq., SBN 270058
2 LIBERATION LAW GROUP, P.C.
2760 Mission Street
3 San Francisco, CA 94110
Telephone: (415) 695-1000
4 Facsimile:  (415) 695-1006

5 Attorneys for Plaintiff
Salvador Vargas

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Salvador Vargas,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Delivery Outsourcing, LLC, Luggage Services and Logistics, LLC, Bags, Inc., and DOES 1-10,<br><br>　　　　Defendants. | Case No.   15-cv-03408 JST<br><br>**STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND RELATED DEADLINES AND HEARING; AND**<br><br>**[PROPOSED] ORDER**<br><br>Hon. Jon. S. Tigar<br><br>Date: February 11, 2016<br>Location: Courtroom 9<br>Time: 2:00 p.m. |

　　COME NOW the parties, and by and through their respective counsel hereby stipulate that:

1. Plaintiff requested and Defendants agreed to allow Plaintiff additional time to file his opposition to Defendant's Motion to Compel Arbitration and Stay Proceedings after the deadline for such had passed.  The parties have agreed to the time for Plaintiff to file an Opposition may be extended to January 21, 2016;

-1-

STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS; AND [PROPOSED] ORDER

2. The deadline for Defendants to file a Reply to Plaintiff's Opposition to Defendant's Motion to Compel Arbitration and Stay Proceedings shall be February 4, 2016; and

3. If convenient to the Court, the hearing on Defendant's Motion to Compel Arbitration and Stay Proceedings shall be rescheduled to February 25, 2016, to allow the Court sufficient time to review the papers.

The parties respectfully submit that there is good cause for the requested extensions of time. Please see Declaration of Un Kei Wu, submitted in support of this Stipulation.

IT IS SO STIPULATED.

DATED: January 19, 2016         /s/ Maureen K. Bogue_____
                                MAUREEN K. BOGUE
                                Attorney for Defendant Delivery Outsourcing, LLC

DATED: January 19, 2016         /s/ Elaine Lerner_____
                                ELAINE LERNER
                                Attorney for Defendants Luggage Services and
                                Logistics, LLC and Bags Inc.

DATED: January 19, 2016         /s/ Un Kei Wu_____
                                UN KEI WU
                                Attorney for Plaintiff Salvador Vargas

### FILER'S ATTESTATION

Pursuant to Civil Local Rules, rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: January 19, 2016         /s/ Un Kei Wu_____
                                UN KEI WU
                                Attorney for Plaintiff Salvador Vargas

1 **[PROPOSED] ORDER ON STIPULATION**

Having reviewed the parties' stipulation and supporting declaration, and good cause appearing therein,

IT IS HEREBY ORDERED that Plaintiff's time to file his opposition to Defendant's Motion to Compel Arbitration and Stay Proceedings be extended to and through January 21, 2016. Defendant's Reply to Plaintiff's Opposition shall be due on February 4, 2016. The hearing on the motion, presently set for February 11, 2016, shall be rescheduled to February 25, 2016.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 19, 2016

Hon. Jon S. Tigar
Judge



IT IS SO ORDERED
Judge Jon S. Tigar