UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR VARGAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DELIVERY OUTSOURCING, LLC, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-03408-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: Dkt. No. 30 |

　　　　The parties stated on the record on June 13, 2016, that they have settled this action.  <u>See</u> ECF No. 30.  Accordingly, all deadlines and hearings in this case are VACATED.  By September 7, 2016, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

　　　　The Court also hereby SETS a case management conference on September 21, which will be automatically vacated if the stipulation of dismissal is timely filed.

　　　　Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

　　　　**IT IS SO ORDERED**.

Dated: August 9, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge